AO 257 (Rev. 6/78)

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT  ☑ INFORMATION  ☐ INDICTMENT  ☐ SUPERSEDING

**Name of District Court, and/or Judge/Magistrate Location**
NORTHERN DISTRICT OF CALIFORNIA

### OFFENSE CHARGED

18 USC 13, assim. Cal PC 664/488 (Att. Petty Theft); 18 USC 13, assim. Cal PC 12020 (Pos. Brass Knuckles); 36 CFR 1002.30(a)(5) Missappropriation of Prop. & Serv.

☐ Petty
☐ Minor
☑ Misdemeanor
☐ Felony

**DEFENDANT - U.S.**

▶ WALLACE WILSON and MICHELE GLOUDEMANS

**DISTRICT COURT NUMBER**

**PENALTY:**
Maximum Prison Term 6 months
Maximum Fine $5,000
Mandatory Special Assessment $10

---

### PROCEEDING

Name of Complaintant Agency, or Person (&Title, if any)

United States Park Police, Department of the Interior

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:  SCOTT N. SCHOOLS
   ☑ U.S. Att'y ☐ Defense

☐ this prosecution relates to a pending case involving this same defendant

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under ▶

} SHOW DOCKET NO.

} MAGISTRATE CASE NO.

Name and Office of Person Furnishing Information on THIS FORM  **SCOTT N. SCHOOLS**
☑ U.S. Att'y  ☐ Other U.S. Agency

Name of Asst. U.S. Att'y (if assigned)  WENDY THOMAS

---

### DEFENDANT

**IS NOT IN CUSTODY**

1) ☑ Has not been arrested, pending outcome this proceeding. If not detained give date any prior summons was served on above charges ▶ 7/25/2007

2) ☐ Is a Fugitive

3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**

4) ☐ On this charge

5) ☐ On another conviction

6) ☐ Awaiting trial on other charges  } ☐ Fed'l  ☐ State

If answer to (6) is "Yes", show name of institution

Has detainer been filed?  ☐ Yes  ☐ No  } If "Yes" give date filed _____

**DATE OF ARREST** ▶  Month/Day/Year _____

Or... if Arresting Agency & Warrant were not

**DATE TRANSFERRED TO U.S. CUSTODY** ▶ Month/Day/Year _____

☐ This report amends AO 257 previously submitted

---

### ADDITIONAL INFORMATION OR COMMENTS

**PROCESS:**
☐ SUMMONS  ☐ NO PROCESS*  ☐ WARRANT   Bail Amount: _____

If Summons, complete following:
☐ Arraignment  ☐ Initial Appearance
Defendant Address:

*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time: _____
Before Judge: _____

Comments:

1  SCOTT N. SCHOOLS (SCBN 9990)
   United States Attorney

FILED

07 SEP 28 AM 10: 16

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

MAG

| UNITED STATES OF AMERICA, | ) | CR 07 0621 |
|---|---|---|
| Plaintiff, | ) | VIOLATIONS: Title 18, United States Code, Section 13, assimilating Cal. PC § 664/488 - Attempted Petty Theft (Class B Misdemeanor); Title 18, United States Code, Section 13, assimilating Cal. PC § 12020(a)(1) - Possession of Brass Knuckles (Class B Misdemeanor); Title 36, Code of Federal Regulations, Section 1002.30(a)(5) - Misappropriation of Property and Services (Class B Misdemeanor) |
| v. | ) | |
| WALLACE WILSON, and MICHELE GLOUDEMANS, | ) | |
| Defendants. | ) | |
|  | ) | SAN FRANCISCO VENUE |

INFORMATION

The United States Attorney charges:

COUNT ONE: 18 U.S.C. Section 13, assimilating Cal. Pen. Code Section 664/488 - Attempted Petty Theft

On or about July 25, 2007, in the Northern District of California, within an area administered by the Presidio Trust, the defendants,

WALLACE WILSON, and
MICHELE GLOUDEMANS,

attempted to steal, take, carry, lead, or drive away the personal property of another, to wit: a tool

INFORMATION

box in the bed of one Nissan truck, in violation of Title 18, United States Code, Section 13, assimilating California Penal Code Section 664/488, a Class B Misdemeanor.

COUNT TWO: 18 U.S.C. Section 13, assimilating Cal. Pen. Code Section 12020(a)(1) - Possession of Brass Knuckles

On or about July 25, 2007, in the Northern District of California, within an area administered by the Presidio Trust, the defendant,

WALLACE WILSON,

did possess brass knuckles, in violation of Title 18, United States Code, Section 13, assimilating California Penal Code Section 12020(a)(1), a Class B Misdemeanor.

COUNT THREE: 36 C.F.R Section 1002.30(a)(5)- Misappropriation of Property and Services

On or about July 25, 2007, in the Northern District of California, within an area administered by the Presidio Trust, the defendant,

WALLACE WILSON,

did acquire and possess the property of another, to wit: SF Marina bolt cutters, knowing, or having reason to believe the same to have been stolen, in violation of Title 36, Code of Federal Regulations, Section 1002.30(a)(5), a Class B Misdemeanor.

DATED: 9/27/07

SCOTT N. SCHOOLS
United States Attorney

GREGG W. LOWDER
Deputy Chief, Major Crimes Section

(Approved as to form: _____)
WENDY THOMAS
Special Assistant United States Attorney

INFORMATION