1    SCOTT N. SCHOOLS (SCBN 9990)
     United States Attorney
2
     BRIAN J. STRETCH (CASBN 163973)
3    Chief, Criminal Division

4    WENDY THOMAS (NYBN 4315420)
     Special Assistant United States Attorney
5
     ERIC EASTMAN
6    Law Clerk

7       450 Golden Gate Avenue, 11th Floor
        San Francisco, California 94102
8       Telephone:  (415) 436-6809
        Fax:  (415) 436-7234
9       Email: wendy.thomas@usdoj.gov

10   Attorneys for Plaintiff

11                    UNITED STATES DISTRICT COURT

12                   NORTHERN DISTRICT OF CALIFORNIA

13                     SAN FRANCISCO DIVISION

14   UNITED STATES OF AMERICA,          )    Case No. CR 07 0621 MAG
                                        )
15            Plaintiff,                )
                                        )
16        v.                            )    **MOTION FOR SUMMONS**
                                        )
17   WALLACE WILSON, and,               )
     MICHELE GLOUDEMANS,                )
18                                      )
              Defendants.               )
19   _____ )

20        Based on the facts set forth in the Declaration of Eric Eastman in Support of the United

21   States' Motion for Summons, the United States hereby requests that the Court issue a summons

22   for defendant Michele Gloudemans, 1553 Lincoln Ave. Apt. 3, San Rafael, CA 94901. The facts

23   set forth in the Declaration demonstrate that probable cause exists to summon the defendant to

24   answer the Information that has been filed by the United States Attorney.

25                                           Respectfully submitted,

26                                           SCOTT N. SCHOOLS
                                             United States Attorney
27
     Dated:   10/5/07                            /s/
28                                           WENDY THOMAS
                                             Special Assistant United States Attorney

MOTION FOR SUMMONS
Case No. CR -07-0621 MAG