SCOTT N. SCHOOLS (SCBN 9990)
United States Attorney

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. CR-07-0621 MAG |
| Plaintiff, ) | |
| v. ) | **[PROPOSED] ORDER FOR SUMMONS** |
| WALLACE WILSON, and ) <br> MICHELE GLOUDEMANS, ) | |
| Defendants. ) | |

Having reviewed the Declaration of Eric Eastman, the Court finds that probable cause exists to believe that an offense has been committed. Accordingly, pursuant to Fed. R. Crim. P. 58(d)(3), the Clerk of the Court is directed to issue a Summons directing the defendant, Michele Gloudemans, 1553 Lincoln Ave. Apt. 3, San Rafael, CA 94901, to appear on November 6, 2007, at 9:30 a.m. before Magistrate Judge Bernard Zimmerman to answer the Information that has been filed by the United States Attorney.

IT IS SO ORDERED.

Dated: _____          _____
                                      EDWARD M. CHEN
                                      United States Magistrate Judge