1 | SCOTT N. SCHOOLS (SCBN 9990)
United States Attorney

2
3
4
5
6
7

8                   UNITED STATES DISTRICT COURT
9                   NORTHERN DISTRICT OF CALIFORNIA
10                  SAN FRANCISCO DIVISION

11 | UNITED STATES OF AMERICA,           ) Case No. CR-07-0621 MAG
                                         )
12 |        Plaintiff,                   )
                                         )
13 |    v.                               ) [~~PROPOSED~~] ORDER FOR SUMMONS
                                         )
14 | WALLACE WILSON, and                 )
     MICHELE GLOUDEMANS,                 )
15                                       )
            Defendants.                  )
16 | _____)

17

18    Having reviewed the Declaration of Eric Eastman, the Court finds that probable cause exists
19 to believe that an offense has been committed. Accordingly, pursuant to Fed. R. Crim. P.
20 58(d)(3), the Clerk of the Court is directed to issue a Summons directing the defendant, Michele
21 Gloudemans, 1553 Lincoln Ave. Apt. 3, San Rafael, CA 94901, to appear on November 6, 2007,
22 at 9:30 a.m. before Magistrate Judge Bernard Zimmerman to answer the Information that has
23 been filed by the United States Attorney.

24

25    IT IS SO ORDERED.

26    Dated: 10/11/07

27                                              EDWARD M. CHEN
                                                United States Magistrate Judge
28

ORDER FOR SUMMONS
Case No. CR 07-0621 MAG