1  JOSEPH P. RUSSONIELLO (CABN 44332)
   United States Attorney
2
   BRIAN J. STRETCH (CABN 163973)
3  Chief, Criminal Division

4  WENDY THOMAS (NYBN 4315420)
   Special Assistant United States Attorney
5
   ERNESTO TRISTAN VERBURGT
6  Law Clerk

7      450 Golden Gate Avenue, 11th Floor
       San Francisco, California 94102
8      Telephone:  (415) 436-6809
       Fax:  (415) 436-7234
9      Email: wendy.thomas@usdoj.gov

10 Attorneys for Plaintiff

11
                    UNITED STATES DISTRICT COURT
12
                  NORTHERN DISTRICT OF CALIFORNIA
13
                     SAN FRANCISCO DIVISION
14
   UNITED STATES OF AMERICA,          )   Case No. CR-07-0621 MAG
15                                     )
            Plaintiff,                 )
16                                     )   **DECLARATION OF ERNESTO**
       v.                              )   **TRISTAN VERBURGT IN SUPPORT**
17                                     )   **OF UNITED STATES' SECOND**
   WALLACE WILSON, and                 )   **MOTION FOR SUMMONS**
18 MICHELE GLOUDEMANS,                 )
                                       )
19          Defendants.                )
                                       )
20

21     I, Ernesto Tristan Verburgt, hereby declare as follows:

22     1.  I am a Law Clerk in the United States Attorney's Office.  I have received the following

23 information from officers employed by the United States Park Police and assigned to Criminal

24 Investigations Branch for the Presidio Trust and Golden Gate National Recreational Area.

25     2.  On July 25, 2007, U.S. Park Police Officer Russell Kidd ("Officer Kidd") responded to a

26 report of an attempted burglary of a tool box in the back of a red Nissan pick up truck in the area

27 of 104 Montgomery Street and the Main Post.

28     3.  There, Officer Kidd met with two individuals, a witness and the owner of the truck.

According to the witness, he was standing on the second floor of 104 Montgomery St. when he saw a while male, later identified as Wallace Wilson ("Wilson"), attempting to cut the locks off of a tool box in the bed of the owner's truck.

4.  The witness also stated that he saw a white female, later identified as Michele Gloudemans ("Gloudemans"), in the driver's seat of a silver Chrysler Seabring with a black convertible top. When Gloudemans noticed The witness in the window, she honked the horn to alert Wilson, who returned to the car before they drove away. The witness told his supervisor, who called the Park Police.

5.  Approximately three to four minutes after a radio dispatch was given, Sergeant Robert Jansing ("Sgt. Jansing") observed a silver Chrysler Seabring, with a black convertible top approximately one-fifth of a mile away from the reported scene of the attempted burglary.  Sgt. Jansing also noticed that the male passenger and the female driver matched the description given over the dispatch.

6.  Sgt. Jansing also noticed that the Seabring was missing a front license plate in violation of California Vehicle Code Section 5200.

7. Sgt. Jansing conducted a traffic stop of the Seabring. When he approached the vehicle, he noticed a bolt cutter and brass knuckles, in violation of California Penal Code section 12020, in plain view.

8. Sgt. Jansing told Gloudemans and Wallace to wait until Officer Kidd arrived with the witness for identification. Officer Kidd arrived a couple of minutes later.

9. The witness was able to positively identified Wallace as the man who was attempting to break open the tool box in the Nissan truck.

10. Gloudemans and Wallace were placed under arrest. Incident to their arrest, the officers seized the pair of brass knuckles, of which Wilson claimed ownership. The officers also seized the bolt cutter, which Wilson claimed he found.

11. Upon further investigation, Sgt. Jansing noticed the words "SF Marina" written and etched into the bolt cutter.  Sgt. Jansing spoke to San Francisco Marina Harbor Master Brad Gross who said the bolt cutter belonged to the San Francisco Marina and went to pick it up.  I

spoke to San Francisco Marina facilities manager Larry White who estimated the bolt cutter went missing sometime in mid-May of 2007.

12. I declare under penalty of perjury, according to the laws of the United States, that the foregoing is true and correct to the best of my knowledge and belief.

Respectfully submitted,

Dated: May 23, 2008            _____/s/_____
                               ERNESTO TRISTAN VERBURGT
                               Law Clerk