JOSEPH P. RUSSONIELLO (CABN 44332)
United States Attorney

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. CR-07-0621 MAG |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **[PROPOSED] ORDER FOR SUMMONS** |
| ) | |
| WALLACE WILSON, and ) | |
| MICHELE GLOUDEMANS, ) | |
| ) | |
| Defendants. ) | |
| _____ ) | |

Having reviewed the Declaration of Ernesto Tristan Verburgt, the Court finds that probable cause exists to believe that an offense has been committed.  Accordingly, pursuant to Fed. R. Crim. P. 58(d)(3), the Clerk of the Court is directed to issue a Summons directing the defendant, Michele Gloudemans, 1048 2nd Street, Apt. # 1, Novato, CA 94945, to appear on June 23, 2008, at 9:30 a.m. before Magistrate Judge Bernard Zimmerman to answer the Information that has been filed by the United States Attorney.

IT IS SO ORDERED.

Dated: _____                    _____
                                                 EDWARD M. CHEN
                                                 United States Magistrate Judge

ORDER  FOR SUMMONS
Case No. CR 07-0621 MAG