## ~~PROPOSED~~ ORDER/COVER SHEET

| | | | |
|---|---|---|---|
| **TO:** | Honorable Nandor J. Vadas<br>U.S. Magistrate Judge | **RE:** | Gloudemans, Michelle |
| **FROM:** | Richard Wieking, Acting Chief<br>U.S. Pretrial Services Officer | **DOCKET NO.:** | CR07-0621 |
| **DATE:** | September 24, 2008 | | |

THE ATTACHED MEMORANDUM WAS PREPARED BY PRETRIAL SERVICES OFFICER:

Timothy R. Elder II                                        415-436-7519
U.S. Pretrial Officer                                     TELEPHONE NUMBER

**RE:   MODIFICATION OF CONDITIONS (OR INFORMATION/VIOLATION)**

We are requesting direction from the Court. Please initial the appropriate box(es), and return this form to us so that we may comply with your instructions.

**FILED**
**SEP 2 4 2008**
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

☐ I have reviewed the information that you have supplied. I do not believe that this matter requires any action by this Court at this time.

☐ Inform all parties concerned that I will conduct a Bail Review Hearing in Courtroom ___ on ___ at ___.

☐ Inform all parties concerned that a Bail Review Hearing will be conducted by:
Magistrate Judge_____ Presiding  District Court Judge_____

☒ I agree with the recommendation of the Pretrial Services Officer and hereby modify the defendant's Pretrial Release conditions as indicated below:

☒ Modification(s)

A. The defendant shall submit to drug testing as directed by Pretrial services.

B. The defendant shall participate in drug counseling as deemed appropriate by Pretrial Services.

☐ Bail Revoked/Bench Warrant Issued.

☐ I am returning the signed order and direct that a copy be provided to the Court file and all interested parties (AUSA and Defense Counsel).

☐ Other Instructions:

_____
_____
_____

_____            9/24/08
JUDICIAL OFFICER                               DATE