1 | JOSEPH P. RUSSONIELLO (CABN 44332)
United States Attorney

2

3 | BRIAN J. STRETCH (CABN 163973)
Chief, Criminal Division

4 | WENDY THOMAS (NYSBN 4315420)
Special Assistant United States Attorney

5

6 | 450 Golden Gate Avenue, 11th Floor
San Francisco, California 94102
Telephone: (415) 436-6809

7 | Fax: (415) 436-7234
Email: wendy.thomas@usdoj.gov

8

Attorneys for Plaintiff

9

**FILED**

APR X ʼ 2009

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

10          UNITED STATES DISTRICT COURT

11          NORTHERN DISTRICT OF CALIFORNIA

12                SAN FRANCISCO DIVISION

13 | UNITED STATES OF AMERICA,        )  No. CR 07-0621 MAG
                                      )
14 |       Plaintiff,                 )
                                      )  **MOTION AND [PROPOSED] ORDER
15 |   v.                             )  TO DISMISS INFORMATION**
                                      )
16 | MICHELE GLOUDEMANS,              )
                                      )
17 |       Defendant.                 )
                                      )
18

19     With leave of the Court, and pursuant to Federal Rule of Criminal Procedure 48(a), the

20 United States Attorney for the Northern District of California moves to dismiss the above

21 //

22 //

23 //

24 //

25 //

26 //

27 //

28 //

DISMISSAL OF INFORMATION
CR 07-0621 MAG

Information as to defendant Michele Gloudemans with prejudice. The defendant has successfully completed her pretrial diversion program.

Respectfully submitted,

JOSEPH P. RUSSONIELLO
United States Attorney

DATED: 4/7/09

WENDY THOMAS
Special Assistant United States Attorney

The Court hereby grants leave to dismiss the above Information with prejudice.

DATED: 4/7/09

ELIZABETH D. LAPORTE
United States Magistrate Judge

DISMISSAL OF INFORMATION
CR 07-0621 MAG